# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA JANE COLLINS COOPER,<br><br>  Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:24-cv-00173-SAB<br><br>**ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND 28 U.S.C. § 1920**<br><br>(ECF No. 18) |

Plaintiff Melissa Jane Collins Cooper filed this action on February 7, 2024 seeking review of the final decision of the Commissioner of Social Security denying her application for disability benefits.  (ECF No. 1.)  On May 7, 2024, the parties filed a stipulation for this matter to be remanded to for further proceedings and judgment was entered on behalf of Plaintiff on May 8, 2024.  (ECF Nos. 15, 16, 17.)  On May 10, 2024, the parties filed a stipulation for the award of attorney fees pursuant to 28 U.S.C. § 2412(d) and costs pursuant to 28 U.S.C. § 1920.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | Accordingly, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees in the amount of one thousand, three hundred fifty dollars and zero cents ($1,350.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and four hundred five dollars and zero cents ($405.00) in costs under 28 U.S.C. § 1920, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **July 29, 2024**

UNITED STATES MAGISTRATE JUDGE